UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD LEE CARMICHAEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　Defendants. | 3:17-cv-00025-MMD-WGC<br><br>**REFERRAL TO PRO BONO PROGRAM** |

　　　　This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2016-02 for the purpose of and identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment shall be for the **limited purpose of participating in settlement negotiations** with Defendants, including but not limited to, representing Plaintiff at the Early Mediation Conference scheduled on **Tuesday, June 6, 2017, at 1:30 p.m.**, in Courtroom 2 before Mediator Paul Lamboley. Accordingly,

　　　　**IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program for appointment of counsel for the purposes identified herein.

　　　　**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

　　　　DATED: April 6, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_William G. Cobb_
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM G. COBB
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE