|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEVADA** |
| | \*\*\* |
| RICHARD LEE CARMICHAEL, | |
| | 3:17-cv-00025-MMD-WGC |
| Plaintiff, | **ORDER OF APPOINTMENT OF COUNSEL** |
| vs. | |
| ROMEO ARANAS, *et al.*, | |
| Defendants. | |

This case was referred to the *Pro Bono* Program ("Program") adopted in General Order 2016-02 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Edmund J. Gorman, Jr., Esq., is hereby appointed as counsel for Plaintiff Richard Lee Carmichael. The scope of the appointment is for the **limited purpose** of participation in settlement negotiations. After settlement negotiations, if Edmund J. Gorman, Jr., Esq. decides to continue his representation of Plaintiff Richard Lee Carmichael then the scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision.

Accordingly,

**IT IS HEREBY ORDERED** that Edmund J. Gorman, Jr., Esq. is hereby appointed as *pro bono* counsel for Plaintiff Richard Lee Carmichael pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

**IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

**IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PROBONO case flag and add Edmund J. Gorman, Jr., Esq. to the docket as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that Edmund J. Gorman, Jr., Esq. shall not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

**IT IS FURTHER ORDERED** that within fourteen (14) days after completion legal services, Edmund J. Gorman, Jr., Esq. shall submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED: May 19, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE