ADAM PAUL LAXALT
  Attorney General
HEATHER B. ZANA #8734
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: *hzana@ag.nv.gov*

*Attorneys for Defendants*
*Romeo Aranas, Isidro Baca,*
*Dante Famy, Timothy Filson,*
*Jonathan Weber, Theresa Wickham,*
*Cynthia Sablica and Michael Koehn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD LEE CARMICHAEL,<br><br>    Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00025-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants, Romeo Aranas, Isidro Baca, Dante Famy, Timothy Filson, Jonathan Weber, Theresa Wickham, Cynthia Sablica and Michael Koehn, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his or her own costs.

**SO STIPULATED:**

DATED this 3RD day of DECEMBER, 2017

By: _____
RICHARD L. CARMICHAEL
Plaintiff

DATED this 4 day of Dec, 2017
ADAM PAUL LAXALT
Attorney General

By: _____
HEATHER B. ZANA
Deputy Attorney General
Attorneys for Defendant

1

## **ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 15th day of December, 2017.

UNITED STATES DISTRICT JUDGE